IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| FRED DAVID CAMPBELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHERIFF EUGENE BRANTLEY; )<br>CAPTAIN DANIELS; CAPTAIN )<br>HARRELL; CAPTAIN DANKO; LT. )<br>COWELL; LT. MITCHELL; LT. JENKINS; )<br>SERGEANT SEYMORE; SERGEANT )<br>KUNTZ; SERGEANT STERNS; )<br>SERGEANT GLOVER; CORPORAL GIST; )<br>CORPORAL FERN; DEPUTY KIRBY; )<br>DEPUTY HOLMES; DEPUTY PRESCOTT; )<br>DEPUTY GRAHAM; DEPUTY BRINSON )<br>DEPUTY GAMBLE; DEPUTY GILMORE; )<br>DEPUTY HARRISS; DEPUTY REED; )<br>DEPUTY BUSBY; DEPUTY SEARS; )<br>DEPUTY DAGGETT; RHONDA ROSS; )<br>BRANDIE DIXON; and DETRA WILLIS, )<br>)<br>Defendants. ) | CV 125-140 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 28th day of August, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA